IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN ERNEST FULLERTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5153

Opinion filed March 13, 2015.

Petition for Writ of Certiorari.

Bill Salmon, Gainesville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Jessica Judith DaSilva, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.